# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 159

| | | |
|---|---|---|
| SOCIEDAD ESPANOLA de ELECTROMEDICINA Y CALIDAD, et al, | ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| BLUE RIDGE X-RAY COMPANY, et al, | ) ) ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Larry McDevitt's Application for Admission to Practice *Pro Hac Vice* of Bradley F. Rademaker. It appearing that Bradley F. Rademaker is a member in good standing with the Illinois Bar and will be appearing with Larry McDevitt., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Larry McDevitt's Application for Admission to Practice *Pro Hac Vice* (#18) of Bradley F. Rademaker is **GRANTED**, and that Bradley F. Rademaker is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Larry McDevitt.

Signed: October 8, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge