**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:10cv159**

| | | |
|---|---|---|
| **SOCIEDAD ESPANOLA de** | ) | |
| **ELECTROMEDICINA y CALIDAD** | ) | |
| **S.A.; and SEDECAL USA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **BLUE RIDGE X-RAY COMPANY,** | ) | |
| **INC.; and DRGEM USA, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Motion for Initial Pretrial Conference contained in the CIAC. While the parties requested a telephonic conference in lieu of a hearing, the parties are advised that the court does not conduct such conferences in Asheville Division cases. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Initial Pretrial Conference is **GRANTED,** and an Initial Pretrial Conference is scheduled for January

14, 2011, at 11 a.m. in Courtroom #2 in Asheville.

Signed: January 3, 2011

Dennis L. Howell
United States Magistrate Judge