# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CIVIL CASE NO. 1:10cv159

| | |
|---|---|
| SOCIEDAD ESPANOLA de ELECTROMEDICINA y CALIDAD S.A., and SEDECAL USA, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| BLUE RIDGE X-RAY COMPANY, INC., and DRGEM USA, INC., ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion and Memorandum for Stay of Claim Construction [Doc. 35].

For the reasons stated in the motion, the Court will grant a short extension of the deadlines contained within the Utility Patent Claim Construction Scheduling Order. [Doc. 32]. Any further relief will be addressed at a hearing to be scheduled.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion and Memorandum for Stay of Claim Construction [Doc. 35] is hereby **GRANTED** in part and **DEFERRED** in part.

**IT IS FURTHER ORDERED** that all deadlines contained within the Utility Patent Claim Construction Scheduling Order [Doc. 32] are hereby extended by a period of thirty (30) days.

**IT IS FURTHER ORDERED** that the Clerk of Court shall set this matter for a hearing at which time any further entitlement to relief shall be addressed.

Signed: May 19, 2011

Martin Reidinger
United States District Judge