IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 159

| | |
|---|---|
| SOCIEDAD ESPANOLA DE ELECTROMEDICINA Y CALIDAD, S.A., )<br><br>Plaintiffs )<br><br>V )<br><br>BLUE RIDGE X-RAY COMPANY, INC., )<br>DRGEM USA, INC. and DRGEM CORP., )<br><br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Larry McDevitt's Application for Admission to Practice *Pro Hac Vice* of Mike R. Turner. It appearing that Mike R. Turner is a member in good standing with the Illinois State Bar and will be appearing with Larry McDevitt, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Larry McDevitt's Application for Admission to Practice *Pro Hac Vice* (#60) of Mike R. Turner is **GRANTED**, and

that Mike R. Turner is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Larry McDevitt.

Signed: August 13, 2013

Dennis L. Howell
United States Magistrate Judge