THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00159-MR

| | |
|---|---|
| SOCIEDAD ESPANOLA de ELECTROMEDICINA y CALIDAD, S.A., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BLUE RIDGE X-RAY COMPANY, INC., )<br>DRGEM USA, INC. and )<br>DRGEM CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Leave to Modify Scheduling Order to Dispense with Mediation Requirement [Doc. 81].

Local Civil Rule 16.2 provides that the Court, upon motion of any party, may determine that a case is not suitable for alternative dispute resolution (ADR). LCvR 16.2(B). Upon consideration of the Plaintiff's Motion, and for the reasons stated therein, the Court concludes that this case in no longer appropriate for ADR, and thus the Pretrial Order and

Case Management Plan shall be amended to relieve the parties of their obligation to conduct mediation in this case.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Leave to Modify Scheduling Order to Dispense with Mediation Requirement [Doc. 81] is **GRANTED**, and the Pretrial Order and Case Management Plan previously entered in this matter is hereby amended to relieve the parties of their obligation to conduct mediation in this case.

**IT IS SO ORDERED.**

Signed: June 11, 2014

Martin Reidinger
United States District Judge