# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10-CV-159-MR

| | |
|---|---|
| **SOCIEDAD ESPANOLA de ELECTROMEDICINA Y CALIDAD, S.A.,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| **BLUE RIDGE X-RAY COMPANY, INC., DRGEM USA, INC. and DRGEM CORPORATION,** | ) ) ) ) |
| Defendants. | ) ) |

## J U D G M E N T

For the reasons stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that that the Defendants' Motion for Summary Judgment [Doc. 86] is hereby **GRANTED**, and, as for the Plaintiff's Motion for Summary Judgment [Doc. 91], there is no genuine issue of material fact and thus the granting of summary judgment is appropriate and that such summary judgment is **GRANTED** in favor of

Defendants and is **DENIED** as to the Plaintiff. It is therefore **ORDERED** that the Plaintiff shall have and recover nothing of the Defendants.

**IT IS FURTHER ORDERED AND DECLARED** that the Plaintiff's transformer claimed in its patent does not function and thus fails to comply with 35 U.S.C. §§ 101 and 112, rendering Patent No. 6,642,829 invalid.

Signed: September 20, 2014

Martin Reidinger
United States District Judge