IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00159-MR



FILED
IN COURT
ASHEVILLE, N.C.
JAN 1 9 2016
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| SOCIEDAD ESPANOLA DE ELECTROMEDICINA Y CALIDAD, S.A.,<br><br>            Plaintiff,<br><br>vs.<br><br>BLUE RIDGE X-RAY CO., INC., DRGEM USA, INC., and DRGEM CORP.,<br><br>            Defendants. | **VERDICT SHEET** |

Issue 1.

What amount of damages, if any, is adequate to compensate the Plaintiff for the Defendants' infringement?

$ 852,000

Proceed to Issue 2.

Issue 2.

    Was DRGEM USA, Inc.'s infringement of the '829 patent willful?

    YES: __X__     NO: _____

    Proceed to Issue 3.

Issue 3.

    Was DRGEM Corp.'s infringement of the '829 patent willful?

    YES: __X__     NO: _____

Have the Foreperson date and sign this Verdict Sheet and notify the Court that your deliberations have come to an end.

__1-19-16__
DATE

2

Case 1:10-cv-00159-MR   Document 206   Filed 01/19/16   Page 2 of 2