IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00159-MR

| | |
|---|---|
| SOCIEDAD ESPANOLA DE ELECTROMEDICINA Y CALIDAD, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> BLUE RIDGE X-RAY COMPANY, et al., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Summary Judgment on Defendants' Counterclaim of Invalidity [Doc. 181].

Prior to the trial of this matter, the Defendants stipulated that they would not pursue their counterclaim for a declaratory judgment regarding the invalidity of the patent-in-suit. Accordingly, the Plaintiff's motion for summary judgment on this counterclaim will be granted and this counterclaim will be dismissed.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment on Defendants' Counterclaim of Invalidity [Doc. 181] is **GRANTED**, and the Defendants' Counterclaim is hereby **DISMISSED**.

**IT IS SO ORDERED.**     Signed: July 8, 2016

Martin Reidinger
United States District Judge