# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10-cv-00159-MR

| | |
|---|---|
| SOCIEDAD ESPANOLA de ELECTROMEDICINA y CALIDAD, S.A., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BLUE RIDGE X-RAY COMPANY, INC., )<br>DRGEM USA, INC. and )<br>DRGEM CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Entry of Consented Injunction [Doc. 248].

The Plaintiff and the Defendants jointly move for entry of a consent injunction. For the reasons stated by the parties, and upon good cause shown, the motion is granted.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Entry of Consented Injunction [Doc. 248] is **GRANTED**, and the Judgment of this Court [Doc. 233] is hereby **AMENDED** to include the following injunction:

Until the expiration of U.S. Pat. No. 6,642,829 ("the '829 Patent"), each Defendant is enjoined, throughout the United States, from selling, offering to

sell, making or using, or importing into the United States, any transformer of the type found to have infringed the '829 Patent by a jury of this Court (specifically, Defendants' prior transformer design, having the component arrangement as shown in Trial Exhibits PTX 23 and PTX 117A-117F), whether as individual transformers, or as components of a generator or x-ray system. Furthermore, each Defendant is enjoined from selling any such equipment to third parties if Defendants have reason to believe that those third parties intend to import the equipment into the United States. This injunction shall have no effect upon, and shall in no way constrain, the use or enjoyment of such equipment by end users that were already in possession of such equipment prior to January 19, 2016.

Furthermore, this injunction shall not be applicable to the "new" design transformer, with the component arrangement as shown in the right-hand column in Trial Exhibit DTX 74.

**IT IS SO ORDERED.**

Signed: December 28, 2016

Martin Reidinger
United States District Judge